**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  April 01, 2011

Mr. Daniel R. Ranke
U.S. Attorney's Office
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Mr. Jeffrey P. Saffold
Law Offices
75 Public Square
Suite 1414
Cleveland, OH 44113

      Re: Case No. 10-4076 , *USA v. Bernard Watkins*
        Originating Case No. : 09-00490-001

Dear Counsel,

 In light of the court's order granting appellant's counsel to withdraw.  Retained counsel may now file a supplemental brief.  The briefs must be filed electronically with the Clerk's office no later than these dates.

 For most appeals, the Court will access directly the electronic record in the district court.  Include, in an addendum in the principal brief, a designation of relevant district court documents, identifying each document by record entry number and a succinct description.

 However, if any relevant documents, such as the complaint or indictment, are not available electronically, the parties <u>must</u> file an electronic appendix with the briefs.  To determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellant's Supplemental Brief<br>Appendix (if required by 6th Cir.<br> R. 30(a)) | Filed electronically by **April 15, 2011** |
| Appellee's Supplemental Brief | Filed electronically by **April 29, 2011** |

    Appendix (if required by 6th Cir.
     R. 30(a)) and (c)(2))

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                    Sincerely yours,

                                    s/Michelle M. Davis
                                    Case Manager
                                    Direct Dial No. 513-564-7025